IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK C JACKSON,

    Plaintiff,

v.                                        CASE NO. 1:04-cv-00097-MP-AK

BRADFORD COUNTY COURT, et al.,

    Defendants.

_____/

**O R D E R**

       This matter is before the Court on Doc. 56, Report and Recommendations of Magistrate Judge Kornblum, recommending that Defendants' motions, Docs. 19 and 23, be Granted, and that Plaintiff's amended complaint, Doc. 8, be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure. Magistrate Kornblum also Recommended that Plaintiff's claims against Defendants T. N. Prakash, Volusia County Court, and Bradford County Court, be dismissed pursuant to Rule 4(m), Federal Rules of Civil Procedure. Neither party has filed an objection. Plaintiff has filed a Motion for Leave to File an Amended Complaint, Doc. 58.

       The Magistrate Judge filed a Report and Recommendation on Tuesday, May 3, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

       Following the Magistrates Report, Plaintiff has submitted a Motion for Leave to File an

Amended Complaint, Doc. 58. Plaintiff's amended complaint raises the same allegations which the Magistrate and this Court found to be lacking merit. Magistrate Kornblum noted "[t]he law is clear that Plaintiff has stated no constitutional or federal law claim over which this Court would have jurisdiction under 28 U.S.C. §1331." Plaintiff seeks to amend his complaint by adding parties, but alleging the same factual basis and claim for relief. Plaintiff's Motion for Leave to file is therefore, denied.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint, Doc. 8, is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.

3. Plaintiff's claims against Defendants T. N. Prakash, Volusia County Court, and Bradford County Court, are DISMISSED pursuant to Rule 4(m), Federal Rules of Civil Procedure.

4. Plaintiff's Motion for Leave to File an Amended Complaint, Doc. 58, is DENIED.

**DONE AND ORDERED** this ___21st___ day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:04-cv-00097-MP-AK*